UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00433-FDW-DCK

| | |
|---|---|
| MICHAEL EUGENE OWENS, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| DILLARD'S INC., | ) |
| Defendant. | ) |

THIS MATTER is before the Court upon the filing of the Final Status Reports of Plaintiff and Defendant. (Doc. Nos. 46 and 47, respectively). The Court construes Plaintiff's Final Status Report as a Motion to Set Aside the Arbitrator's Award. Therefore, before this case can be closed, Defendant must obtain Plaintiff's signature on a joint stipulation of dismissal and file it with the Court. In the event no joint stipulation of dismissal has been obtained, Defendant is Ordered to respond to Plaintiff's Motion to Set Aside within fourteen (14) days of the date of this Order. Plaintiff shall have seven (7) days from the date of service of Defendant's Response to file his Reply.

**IT IS SO ORDERED**.

Signed: March 23, 2016

Frank D. Whitney
Chief United States District Judge

1